UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| TOMMY LEE MAYNARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 7:24-CV-3-REW |
| | ) | |
| MARTINE O'MALLE, Acting | ) | ORDER |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff Tommy Lee Maynard moves to proceed *in forma pauperis*. *See* DE 2 (Motion). The Court, being sufficiently advised, and on consideration of the materials submitted and the standards of 28 U.S.C. § 1915(a)(1), **GRANTS** Maynard's motion.

This the 10th day of January, 2024.

Signed By:
*Robert E. Wier*

**United States District Judge**