UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:24-CV-00003-EBA

TOMMY LEE MAYNARD,                                                                                      PLAINTIFF,

V.                                                            **JUDGMENT**

MARTIN O'MALLEY,
*Commissioner of Social Security*,                                                                      DEFENDANT.

\*\*\* \*\*\* \*\*\* \*\*\*

In compliance with FED. R. CIV. P. 58, and in accordance with the Memorandum Opinion & Order entered this date, it is ORDERED AND ADJUDGED that:

(1) The administrative decision of the Commissioner of Social Security is AFFIRMED and Judgment is entered in the Commissioner's favor with respect to all issues.

(2) This is a FINAL and APPEALABLE Judgment and there is no just cause for delay.

(3) This action is DISMISSED and STRICKEN from the Court's docket.

Signed September 26, 2024.



Signed By:
*Edward B. Atkins*
**United States Magistrate Judge**